UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASF, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SEATTLE, <br><br> Defendant. | CASE NO. C05-0903JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Plaintiff's motion to strike (Dkt. # 83) Defendant's summary judgment motion (Dkt. # 79) as untimely. The local rules provide: "Requests to strike . . . shall not be presented in a separate motion to strike, but shall instead be included in the responsive brief . . . ." Local Rules W.D. Wash. CR 7(g). Not only is Plaintiff's filing improper under the local rules, but Plaintiff's counsel has wasted her client's resources, as well as the court's, on the most trivial of issues: an excusable one-day discrepancy over a deadline. The court DENIES Plaintiff's motion (Dkt. # 83).

MINUTE ORDER – 1

Further, the court STRIKES as moot Defendant's motion for relief from the court's scheduling order (Dkt. # 84).  Plaintiff's opposition is due August 15, 2006; Defendant's reply is due on the noting date.

Filed and entered this 1st day of August, 2006.

BRUCE RIFKIN, Clerk

By  s/Mary Duett
    Deputy Clerk

MINUTE ORDER – 2